# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Case No. 2:14-cv-01819-RAJ

**DALLAS BUYERS CLUB, LLC,**

      **Plaintiff,**

v.

**DOES 1-10,**

      **Defendants**

_____/

## DEFENDANT JOHN DOE #4's MOTION TO QUASH SUBPOENA

I, John Doe #4 defendant, in the above styled cause, hereby files the following Motion to Quash Subpoena issued to Comcast Cable Communications, LLC, as set forth in the Memorandum in Support attacked hereto.

Dated: December 23rd, 2014

Respectfully submitted,

_/s/ J. Doe_
John Doe #4
Pro se