```
_____ FILED
_____ LODGED      MAIL
_____ RECEIVED

DEC 29 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

From: Doe #4

Date: December 23, 2014

TO:
The Honorable Richard A. Jones
United States District Court Judge

    **Re:   Motion to Quash Subpoena**

         **Case No. 2:14-cv-01819-RAJ**

Dear Judge Richard A. Jones

    Enclosed for filing and your review please find the attached:

    1. Motion to Quash Subpoena
    2. Memorandum in Support

    Direction for the court clerk:

    1. Please file this motion with the court
    2. Send a filed stamped copy [Page 1] in the enclosed envelope


Thank you,