United States District Court
Western District of Washington
at Seattle Clerks office
700 Stewart Street Suite 2310
Seattle, WA. 98101

Occupant
P.O. Box 873151
Vancouver, WA. 98687