TO:
The Honorable Richard A. Jones
United States District Court Judge



Date: January 17, 2015

Re: Case No. 2:14-cv-01819-RAJ

Enclosed for your review: Sent certified letter and Timeline

Letter
The Honorable Richard A. Jones

- Jurisdiction: The Tacoma court is in jurisdiction of Clark County where we reside. We request a closer court.
- Time: Defendant has not had sufficient time to respond to 1-15-2015 of plaintiff attorney findings. Could we have more time?
- Subpoena: Too general. May we request just name and address of the individual; not with group response.
- Doe #4 internet server at IP address is researching to understand who is liable: internet server, customer or third party. Please consider why internet server did not alarm (Doe 4 customer) that IP address was being used incorrectly. Doe 4 pleads innocent.

Timeline

| Date | Event |
|---|---|
| January 1, 2014 | Doe 4 started Comcast internet service as a new customer |
| December 15, 2014 | Received from Comcast Legal Response Center a Subpoena and Order Via UPS & USPS delivery |
| December 15, 2014 | Phoned Comcast security to create a new username and password |
| December 23, 2014 | Sent to the court the Motion to Quash Subpoena |
| December 29, 2014 | Received a stamp copy from the court of the Motion to Quash Subpoena |
| December 30, 2014 | Ended internet service with Comcast |
| January 3, 2015 | Received documentation from the court |
| January 5, 2015 | Faxed stamped copy of Motion to Quash Subpoena to the Comcast Legal Response Center as requested |
| January 15, 2015 | Received plaintiff's attorney paperwork to stop the Motion to Quash Subpoena |
| January 16, 2015 | Phoned United States District Court Western District of Washington at Seattle 260-370-8458 case: 14-cv-01819-RAJ. Understood from communication that we could send this letter and it would be added to the docket. |
| January 17, 2015 | Sending this information |

Sincerely,

*Doe 4*
Occupant
PO Box 873151
Vancouver, WA 98687

Occupant
P.O. Box 873151
Vancouver, WA 98687

United States District Court Western
District of Washington at Seattle
Clerks Office
700 Stewart Street Suite 2310
Seattle, WA 98101

CERTIFIED MAIL

7014 1200 0002 2472 2679

U.S. POSTAGE PAID
VANCOUVER, WA
98684
JAN 17, 15
AMOUNT
$6.49
00112516-15