TO:

To Honorable Richard A. Jones
United States District Court Judge

Date: February 18, 2015

    Case No. 2:14-cv-01819-RAJ

    Enclosed for your review: Motion for Time

The Honorable Richard A. Jones:

    The Motion for Time requests time to read your Honors filing of Friday, February 13, 2015, which I have not received. Comcast will not send me a copy of your findings. The court clerk emailed a copy which I have not received. I also request time to hire an attorney.

    The information I received from Comcast says that if I do not refill a motion that Comcast will give my information out on February 23, 2015 and I need additional time.

Respectfully,

*Doe #4*
Occupant
PO Box 873151
Vancouver, WA 98687

FILED
LODGED
RECEIVED
MAIL

FEB 25 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

From: Doe #4

Date: February 18, 2015

TO:
The Honorable Richard A. Jones
United States District Court Judge

### Motion for Time

### Case No. 2:14-cv-01819-RAJ

The Honorable Judge Richard A. Jones

    Enclosed for filing and your review:

    1. Motion asking for Time

    Direction for the court clerk:

    1. Please file this motion with the court
    2. Send a filed stamped copy in the enclosed envelope

Thank you,