HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, <br><br> Defendants. | CASE NO. C14-1819RAJ <br><br> MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The clerk shall TERMINATE the "motion for time" from a person identifying himself as John Doe No. 4. Dkt. # 17. Mr. Doe apparently wishes additional time to file a second motion to quash a subpoena issued to Comcast. The court has already denied his first motion in a February 13 order, Mr. Doe identifies no basis for a second motion, and by the time this court received his "motion for time" on February 25, the relief Mr. Doe sought was moot.

The clerk shall ensure that Mr. Doe receives notice of this order.

Dated this 3rd day of March, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 1