# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:14-cv-01819-RAJ |
| ) | |
| v. ) | JOHN DOE #4's |
| ) | MOTION TO DISMISS SUBPOENA |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

I, John Doe #4, not a defendant, hereby file the following Motion to Dismiss Subpoena issued to Comcast Cable Communications, LLC. Doe #4's valid basis disputes the Plaintiff's approach to revealing who infringed its copyrights, because Doe #4 has no knowledge of the infringer. It is requested that Plaintiff formally dismiss Doe #4 from this case.

Respectfully submitted,

*John Doe*

John Doe #4
Pro se

PO Box 873151
Vancouver, WA 98687

RETURN RECEIPT REQUESTED

7014 1200 0000 2443 1612



9810144205

US District Court Western
District of Washington at Seattle
Clerk's Office
700 Stewart St. Suite 2310
Seattle, WA 98101

U.S. POSTAGE
PAID
VANCOUVER, WA
98684
MAR 05, 15
AMOUNT
$6.00
00112516-09

