Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | Civil Action No. 14-cv-1819RAJ |
| Plaintiff, | ENTRY OF DEFAULT AGAINST TYLER MADSEN |
| v. | |
| ERIC NYDAM, an individual; and DOE 6, | |
| Defendants. | |

It appearing that Defendant Eric Nydam has failed to answer, plead or otherwise defend, his default is hereby entered.

DATED this ___ day of _____ 2016.

_____
Clerk of the Court

ENTRY OF DEFAULT
Civil Action No. 14-cv-1819RAJ
INIP-6-0010P17 ORDENTRYDefault - Doe 5

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301