Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1-10,<br><br>    Defendants. | Civil Action No. 14-cv-1819RAJ<br><br>VOLUNTARY DISMISSAL OF DOE 6 |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Doe Defendant.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES$^{PLLC}$
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOE
Civil Action No. 14-cv-1819RAJ
INIP-6-0010P20 VDMISS - Doe 6

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301